# COMPLAINT EXHIBIT 1

**REDACTED**