# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PHD, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | No. 23-cv-14034 <br><br> Judge Jorge L. Alonso <br> Magistrate Judge Jeffrey I. Cummings |

**PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff PHD, LLC ("Plaintiff") respectfully requests an extension of the Temporary Restraining Order ("TRO") [12] currently in force in this matter pursuant to the Court's discretion under Fed. R. Civ. P. 65(b)(2). In support of the motion, Plaintiff states:

1. On September 28, 2023, the Court granted Plaintiff's motion for an ex parte TRO [12]. The TRO expires on October 12, 2023.

2. On October 3, 2023, at 10:36 p.m., Plaintiff received a copy of the signed TRO, which was dated September 28, 2023.

3. On October 4, 2023, pursuant to the TRO, Plaintiff served a Subpoena, the Complaint, and the sealed TRO on the following e-commerce sites and payment processors via email: Alibaba, AliExpress, Amazon, eBay, Joybuy, Shopify, Walmart, Wish, PayPal, and Stripe. The TRO and Plaintiff's email communication advised the addressed sites to freeze the assets in the accounts of any Defendant identified on Schedule "A" of the Complaint and provide Plaintiff information regarding the named Defendants, specifically, their email addresses, other contact

1

information, the amount frozen in each Defendant's account, and the number of sales of infringing goods.

4. As of the filing of this motion and because the Platforms and Processors have just been served yesterday, none of them have responded thus far.

5. Defendants will be served with the Summons, sealed Complaint, and sealed TRO as Platforms and Processors produce information to the Plaintiff. As Defendants are served, Plaintiff will add their information to PACER.

6. Until Plaintiff has received written notice from each of the Platforms that the asset freeze ordered by the TRO has taken place and complete identifying information regarding each Defendant has been provided such that Plaintiff can serve them, the same circumstances that necessitated entry of the TRO continue to apply.

7. The Court has the power and discretion to, "for good cause," extend a TRO for an additional fourteen (14) days. Fed R. Civ. P. 65(b)(2).

8. Based on the date that the TRO was entered, an extended expiration date would be October 26, 2023. However, Plaintiff submits that good cause exists to extend the TRO to and including October 31, 2023, taking into account the five (5) day period between the date the TRO was entered by minute entry and Plaintiff's receipt of the signed TRO. Moreover, none of the Platforms and Processors have forwarded any of the requested information to date and, as such, Plaintiff has been unable to serve the Summons, Complaint, and TRO upon any Defendant selling through those e-commerce sites.

9. Once all Defendants who can be reached have been served, Plaintiff will move the Court to enter a preliminary injunction and to unseal all documents sealed by the Court's September 28, 2023, Order [12].

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the current TRO for an additional nineteen (19) days, to and including October 31, 2023.

Dated: October 5, 2023

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com