# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | |
|---|---|
| PHD, LLC | |
| | Plaintiff, |
| v. | Case No.: 1:23−cv−14034 |
| | Honorable Jorge L. Alonso |
| The Partnerships and Unincorporated Associations Identified in Schedule A | |
| | Defendant. |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

MINUTE entry before the Honorable Jorge L. Alonso: Motion for Extension of Temporary Restraining Order [13] is granted. The status hearing previously set for 10/12/2023 is stricken and reset to 10/26/2023 at 09:30 AM. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.