IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | No. 23-cv-02807<br><br>Judge John F. Kness<br>Magistrate Judge Jeffrey T. Gilbert |

## PLAINTIFF'S NOTICE OF DISMISSAL
## OF CERTAIN DEFENDANTS

Plaintiff Louis Poulsen A/S, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | Defendant Number |
|---|---|
| DRAMLOR | 22 |
| yiwushiyibocaiwuzixunyouxiangongsi | 111 |
| CXTrading Co. Ltd | 118 |
| The CoCoPark Store | 128 |
| Amazing Pride Store | 132 |

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied. Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

| | |
|---|---|
| Dated: October 31, 2023 | Respectfully submitted,<br><br>LOUIS POULSEN A/S<br><br>By: /s/ James E. Judge |

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874
