**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PHD, LLC,<br><br>                     Plaintiff,<br><br>        v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A",<br><br>                     Defendants. | No. 23-cv-14034<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Jeffrey I. Cummings |

**AGREED PRELIMINARY INJUNCTION ORDER**

Plaintiff Premium Home Decor, LLC, and Defendants listed in **Exhibits A to C**, by and through their undersigned counsel, hereby stipulate and agree to the entry of this non-final order as follows:

1. The asset freezes currently in place as to these Defendants shall be adjusted and remain in place throughout the duration of the litigation with these Defendants as indicated in **Exhibits A to C**.

2. Upon Plaintiff's request, to be made within forty-eight (48) hours of this Order's issuance, any third party with actual notice of this Order who is providing services to the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, Amazon, eBay, ContextLogic.com d/b/a Wish.com, Shopify, and Walmart (collectively, "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, adjust the restrained amounts in the Defendants' accounts in accordance with Paragraph 1, release the remaining balance of the accounts, and allow Defendants to resume selling goods other than those at issue in this matter. Where the current account balance for a Defendant is

1

negative or zero, Platforms are directed to restrain the amount specified in **Exhibits A to C** once such funds appear in the account.

3. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them shall be preliminarily enjoined and restrained from:

   a. using the Plaintiff's Intellectual Property (described below) or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Intellectual Property;

| Registration No. | Issue Date | Type | Description |
|---|---|---|---|
| US D963,352 | 09/13/2022 | Design Patent | The ornamental design for a room divider. |
| US D970,909 | 11/29/2022 | Design Patent | The ornamental design for a room divider. |
| VA 2-359-377 | 08/22/2023 | Copyright | Premium Home 2019 photographs. |

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product, or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Intellectual Property;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

   d. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff

to be sold or offered for sale, and which bear any of Plaintiff's Intellectual Property, including the Plaintiff Intellectual Property, or any reproductions, counterfeit copies, or colorable imitations.

4. Upon Plaintiff's request, those with notice of this Order, including the Third-Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Intellectual Property.

5. This Order pertains to the Defendants named in this Agreed Order only.

STIPULATED AND AGREED THIS 31ST DAY OF OCTOBER 2023:

/s/ James E. Judge
Attorney for Plaintiff

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

/s/ John B. Sample IV
Attorney for Defendants Listed in **Exhibit A**

John B. Sample IV
Troutman Pepper
227 West Monroe Street, Suite 3900
Chicago, Illinois 60606
(312) 759-1920
john.sample@troutman.com

/s/ Christopher Keleher
Attorney for Defendants Listed in **Exhibit B**

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Earie Street, Suite 525
Chicago, Illinois 60611
(312) 448-8491
ckeleher@appellatelawgroup.com

/s/ Sean J. Quinn
Attorney for Defendant Listed in **Exhibit C**

Sean J. Quinn
Smith Gambrell Russell
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6555
squinn@sgrlaw.com

3

SO ORDERED.                                      ENTERED: November 2, 2023

_____
**HON. JORGE ALONSO**
**United States District Judge**

4

**EXHIBIT A**

**I.**     **Defendant Group Subject to Agreed Order**

| Doe No. | Merchant Name | Amount to **Remain** Frozen |
|---|---|---:|
| 41 | ConnerGG | $ 11,468.14 |
| 46 | MEDIMALL | $ 7,257.62 |
| 52 | DortalaUS | $ 221.61 |
| 62 | comfortchoice | $ 332.41 |
| 63 | costwaylive | $ 720.22 |
| 138 | OSP | $ 1,500.00 |
| | Total: | $ 21,500.00 |

**II.**     **Counsel of Record for Exhibit A Defendants**

John B. Sample IV
Troutman Pepper
227 West Monroe Street, Suite 3900
Chicago, Illinois 60606
(312) 759-1920
john.sample@troutman.com

**EXHIBIT B**

I. **Defendant Group Subject to Agreed Order**

| Doe No. | Merchant Name | Amount to **Remain** Frozen |
|---|---|---|
| 24 | oneinmil | $ 301,957.63 |
| 48 | Binplax-US | $ 33,318.19 |
| 49 | Aoxun Direct | $ 100,147.79 |
| 57 | aoxun_store | $ 347.41 |
| 94 | ONEINMIL | $ 2,298.17 |
| 96 | Sunmthink | $ 10,094.96 |
| 100 | oneinmil | $ 1,329.88 |
| | Total: | $ 449,494.03 |

II. **Counsel of Record for Exhibit B Defendants**

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Earie Street, Suite 525
Chicago, Illinois 60611
(312) 448-8491
ckeleher@appellatelawgroup.com

6

**EXHIBIT C**

I. <u>Defendant Subject to Agreed Order</u>

| Doe No. | Merchant Name | Amount to <u>Remain</u> Frozen |
|---|---|---:|
| 30 | Dkeli | $ 15,000.00 |
| | **Total:** | **$ 15,000.00** |

II. <u>Counsel of Record for Exhibit C Defendant</u>

Sean J. Quinn
Smith Gambrell Russell
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6555
squinn@sgrlaw.com