IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| PHD, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>        Defendants. | Case No. 23-cv-14034<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey I. Cummings |

### PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS

Plaintiff Premium Home Décor, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Defendant No. |
|---|---|
| Ye-Faxang | #44 |
| accessories_mall | #55 |
| autogoodshome | #58 |
| dealparty360 | #64 |
| discover-life | #65 |
| goodsbetter | #69 |
| hgfurniture2018 | #70 |
| worldproduct365 | #93 |
| Octpeak Store | #95 |
| Forclover | #97 |
| JXYH STORE | #98 |
| JTZC TECK | #99 |
| SunGarden | #103 |
| Hotworld | #108 |
| YueHome Co.Ltd | #113 |
| Hartstar | #114 |
| LANTRO JS LLC | #117 |
| Lisa Susie LLC | #130 |

| | |
|---|---|
| Uiyeofun | #131 |
| Shuifengshu Store | #133 |
| Muzhongt | #136 |
| Uco Hub LLC | #137 |
| Shenzhen orange source Technology Co., LTD | #140 |

(collectively, "Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

                       Respectfully submitted,

DATED: November 24, 2023        Premium Home Décor, LLC

                       By: /s/ James E. Judge

                       Zareefa B. Flener (IL Bar No. 6281397)
                       James E. Judge (IL Bar No. 6243206)
                       Flener IP Law, LLC
                       77 W. Washington St., Suite 800
                       Chicago IL 60602
                       jjudge@fleneriplaw.com
                       (312) 724-8874