**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION**

PHD, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A,"

      Defendants.

Case No. 23-cv-14034

Judge Jorge L. Alonso

Magistrate Judge Jeffrey I. Cummings

**PLAINTIFF'S NOTICE OF DISMISSAL**
**OF CERTAIN DEFENDANTS**

Plaintiff PHD, LLC pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants:

| Merchant Name | Def.No. |
|---|---|
| BABION HOME | 20 |
| oneinmil | 24 |
| LIVABLE HOME | 32 |
| ECOMEX | 38 |
| Ecomex Store | 40 |
| ConnerGG | 41 |
| DEARYOU | 42 |
| tengxindaUS | 43 |
| HOMREST | 45 |
| MEDIMALL | 46 |
| Binplax-US | 48 |
| Aoxun Direct | 49 |
| DortalaUS | 52 |
| aoxun_store | 57 |
| comfortchoice | 62 |
| costwaylive | 63 |
| rhf*selling | 84 |
| rhfashion | 85 |
| ONEINMIL | 94 |

1

| Sunmthink | 96 |
|---|---|
| oneinmil | 100 |
| OSP | 138 |

(collectively, "Settling Defendants"), with prejudice. Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED: December 1, 2023

Respectfully submitted,

Premium Home Décor, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874