UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

PHD, LLC

                            Plaintiff,

v.                                                     Case No.: 1:23−cv−14034

                                                           Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations
Identified in Schedule A, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. Plaintiff's Motion for entry of default and default judgment against certain Defendants [54] is granted. Enter Final Default Judgment Order. Defendant Vicluke 9;s Motion for extension of time to answer or otherwise plead [56] is denied as moot. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.